**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 07-197-DLB**

**NANCY LEIDNER**                                                                     **PLAINTIFF**

**vs.**                                          <u>**ORDER**</u>

**JANET NAPOLITANO,**[1] **SECRETARY**
**DEPARTMENT OF HOMELAND SECURITY, ET AL.**             **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court on the Report and Recommendation (R&R) of the United States Magistrate Judge (Doc. #57) entered on February 5, 2010. The R&R recommends that Plaintiff's motion to file a second amended complaint to include additional counts of alleged retaliation relating to the revocation of Plaintiff's security clearance and request for additional time for discovery be denied.

Plaintiff has not submitted any objections to the R&R, and the time for filing such objections having now expired, and the Court agreeing with the analysis of the Magistrate Judge, and being otherwise sufficiently advised,

**IT IS ORDERED** that:

(1)     The Report and Recommendation of the United States Magistrate Judge (Doc. #57) is hereby **ADOPTED** as the findings of fact and conclusions of law

---

[1] On January 21, 2009, Janet Napolitano became the Secretary of the Department of Homeland Security. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she will be substituted for former Secretary Michael Chertoff as the defendant in this matter.

of the Court; and

(2) Plaintiff's Second Motion to Amend the Complaint and Request for Additional Time for New Discovery (Doc. #45) is hereby **DENIED**.

This 3rd day of March, 2010.



Signed By:
*David L. Bunning* DB
United States District Judge

G:\DATA\ORDERS\Cov07\07-197-Order-Adopting-R&R.wpd